1  PHILLIP A. TALBERT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

FILED
OCT 12 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>NANCY LOPEZ PEREZ,<br><br>     Defendant. | CASE NO. 1:17-MJ-179 SKO<br><br>ORDER RE: REQUEST TO UNSEAL COMPLAINT |

## ORDER TO UNSEAL

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the complaint in the above-entitled proceeding shall be unsealed.

Dated: 10/12/17

BARBARA A. McAULIFFE
U.S. MAGISTRATE JUDGE

UNSEALING ORDER

1