UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY LOPEZ PEREZ,<br><br>　　　　　　Defendant. | No. 1:17cr246 LJO-SKO<br><br>STIPULATION AND ORDER |

　　　　Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

　　　　1.　　The parties have agreed to a plea disposition in this matter and have filed a plea agreement. (Doc. 24).

　　　　2.　　The parties agree to vacate the trial date of May 7, 2019, and to set the matter for a change of plea on November 13, 2018, at 8:30 a.m.

////
////
////
////
////
////

1

IT IS SO STIPULATED.

DATED: November 2, 2018.  Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: November 2, 2018.

/s/ Erin Snider
ERIN SNIDER
REED GRANTHAM
Counsel for Nancy Lopez Perez

**O R D E R**

Having reviewed the stipulation of the parties,

IT IS SO ORDERED.

Dated: **November 5, 2018**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE