| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | ERIN SNIDER, CA Bar #304781 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | NANCY PEREZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No. 1:17-cr-00246-LJO-SKO |
| Plaintiff, | | STIPULATION TO CONTINUE SENTENCING; ORDER |
| vs. | | Date: March 4, 2019 |
| NANCY PEREZ, | | Time: 8:30 a.m. |
| Defendant. | | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Karen Escobar, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Nancy Perez, that the sentencing hearing currently scheduled for February 4, 2019, be continued to March 4, 2019, at 8:30 a.m.

The defense is requesting this continuance because defense counsel is currently preparing for a jury trial scheduled to begin on December 11, 2018, that is anticipated to last five days. Defense counsel was contacted by the assigned United States Probation officer on December 5, 2018, to set up a probation interview during the week of December 10-14, 2018, in order to have sufficient time to conduct the probation interview and prepare the presentence investigation report prior to the December 21, 2018 deadline to make the report available to counsel for both parties. In light of defense counsel's trial schedule, the defense requires additional time for the preparation

of the presentence investigation report, to prepare informal objections, formal objections, and a sentencing memorandum. The requested date is a mutually agreeable date for both parties. As this is a sentencing hearing, no exclusion of time is necessary.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: December 7, 2018     */s/ Karen Escobar*
KAREN ESCOBAR
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: December 7, 2018     */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
NANCY PEREZ

# **O R D E R**

GOOD CAUSE APPEARING, the sentencing hearing set for Monday, February 4, 2019, at 8:30 a.m. before the Honorable Lawrence J. O'Neill is continued to Monday, March 4, 2019, at 8:30 a.m.

IT IS SO ORDERED.

Dated:  **December 7, 2018**          **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE