PHILLIP A. TALBERT
Acting United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO. 1:17-CR-246 NONE-SKO |
|---|---|
| Plaintiff, | STIPULATION TO SET DEADLINES TO FILE GOVERNMENT'S RESPONSE AND DEFENDANT'S REPLY |
| v. | |
| NANCY LOPEZ PEREZ, | |
| Defendant. | |

The United States of America, by and through its undersigned counsel, and the defendant, by and through Assistant Federal Defender Reed B. Grantham, hereby agree and stipulate as follows:

1. The government shall file its response to the defendant's motion for compassionate release on or before July 7, 2021.

/////
/////
/////
/////
/////
/////
/////

STIPULATION AND PROPOSED ORDER                    1

2. The defendant shall file his optional reply within 15 days of the filing of the government's response.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated:  June 9, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| | By:  /s/ KAREN A. ESCOBAR<br>KAREN A. ESCOBAR<br>Assistant United States Attorney |
| Dated:  June 9, 2021 | /s/ Reed B. Grantham<br>REED B. GRANTHAM<br>Counsel for Defendant Nancy Lopez Perez |

# O R D E R

Pursuant to the above stipulation:

(1) The government shall file its response to the defendant's motion for compassionate release on or before July 7, 2021; and

(2) The defendant shall file his optional reply within 15 days of the filing of the government's response.

IT IS SO ORDERED.

Dated:  **June 10, 2021**

UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER          2